ORIGINAL

```
 1  ADRIENNE C. PUBLICOVER (SBN #161432)
    MICHAEL T. HORAN (SBN 148710)
 2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
 3  525 Market Street, 17th Floor
    San Francisco, CA 94105
 4  Telephone:    (415) 433-0990
    Facsimile:    (415) 434-1370
 5
    Attorneys for Defendant
 6  PRINCIPAL LIFE INSURANCE COMPANY
    f/k/a PRINCIPAL MUTUAL LIFE INSURANCE COMPANY
```

FILED
MAR 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER E. GYORGY, | Case No. '08 CV 0470 WQH BLM |
| Plaintiff, | DEFENDANT'S NOTICE OF PARTY WITH FINANCIAL INTEREST |
| v. | |
| PRINCIPAL LIFE INSURANCE COMPANY, f/k/a PRINCIPAL MUTUAL LIFE INSURANCE COMPANY; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Principal Life Insurance Company, an Iowa stock insurance company, is wholly owned by a sole shareholder, Principal Financial Services, Inc., an Iowa corporation, which in turn is wholly owned by a sole shareholder, Principal Financial Group, Inc., a Delaware corporation, the common stock of which is publicly-traded on the New York Stock Exchange.

Date: March 13, 2008         WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ M.H.
Adrienne C. Publicover
Michael T. Horan
Attorneys for Defendant
PRINCIPAL LIFE INSURANCE COMPANY, f/k/a
PRINCIPAL MUTUAL LIFE INSURANCE COMPANY

---

1
DEFENDANT'S NOTICE OF PARTY WITH FINANCIAL INTEREST
USDC SDCA Case #
327902.1

**CERTIFICATE OF SERVICE**
*Peter E. Gyorgy v. Principal Life Insurance Company, et al.*
USDC SDCA Case #

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**DEFENDANT'S NOTICE OF PARTY WITH FINANCIAL INTEREST**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→   : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Frank N. Darras, Esq.
SHERNOFF BIDART & DARRAS, LLP
3257 E. Guasti Road, Suite 300
Ontario, CA 91761
Tel:   (909) 390-3770
Fax:   (909) 974-2121

*Attorneys for Plaintiff*
PETER E. GYORGY

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on March 13, 2008, at San Francisco, California.

Joya Yeung

---