FRANK N. DARRAS #128904
SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3257 East Guasti Road, Suite 300
Ontario, CA  91761
Telephone:   (909) 390-3770
Facsimile:    (909) 974-2121
Email: fdarras@sbd-law.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER E. GYORGY,<br><br>Plaintiff,<br><br>vs.<br><br>PRINCIPAL LIFE INSURANCE COMPANY, f/k/a PRINCIPAL MUTUAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 3:08-cv-00470-WQH-BLM<br><br>PLAINTIFF'S NOTICE OF CHANGE OF FIRM NAME |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective immediately, the firm name of SHERNOFF, BIDART & DARRAS, LLP is being changed to SHERNOFF BIDART DARRAS ECHEVERRIA, LLP.  The address, telephone and fax numbers remain the same.

Dated: April 25, 2008

SHERNOFF BIDART DARRAS ECHEVERRIA, LLP


 /s/ Frank N. Darras
FRANK N. DARRAS
Attorneys for Plaintiff

- 1 -
PLAINTIFF'S NOTICE OF FIRM NAME CHANGE