ADRIENNE C. PUBLICOVER (SBN #161432)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Defendant
PRINCIPAL LIFE INSURANCE COMPANY,
f/k/a PRINCIPAL MUTUAL LIFE INSURANCE COMPANY

FRANK N. DARRAS (SBN #128904)
SHERNOFF BIDART DARRAS
    ECHEVERRIA, LLP
3257 East Guasti Road, Suite 300
Ontario, CA  91761
Telephone:   (909) 390-3770
Facsimile:   (909) 974-2121

Attorneys for Plaintiff
PETER E. GYORGY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER E. GYORGY,<br><br>        Plaintiff,<br><br>    v.<br><br>PRINCIPAL LIFE INSURANCE COMPANY, f/k/a PRINCIPAL MUTUAL LIFE INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: CV08-00470 WQH (BLM)<br><br>**AMENDED JOINT MOTION TO CONTINUE EARLY NEUTRUAL EVALUATION CONFERENCE** |

Pursuant to Civil Local Rule 7.2, the parties, Plaintiff Peter E. Gyorgy ("Plaintiff"), and Defendant Principal Life Insurance Company f/k/a Principal Mutual Life Insurance Company ("Principal Life"), by and through their counsel of record submit this Joint Motion requesting an Order continuing the Early Neutral Evaluation Conference with good cause as follows:

1. On May 8, 2008, the court noticed and set the Early Neutral Evaluation Conference for June 13, 2008 at 9:30 a.m. to be held in the chambers of United States Magistrate Judge Honorable Barbara L. Major.

2. Defense counsel, Adrienne C. Publicover, is unavailable on June 13, 2008 for the above-forementioned hearing.

3. The parties are in negotiations to settle the matter and are optimistic that the matter can be settled informally.

Therefore, with good cause showing, the parties request that the June 13, 2008 Early Neutral Evaluation Conference be continued for 45 days or to Thursday, July 24, 2008.

**IT IS SO MOVED.**

Date: May 22, 2008         WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ *Adrienne C. Publicover*
Adrienne C. Publicover
Attorneys for Defendant
PRINCIPLE LIFE INSURANCE COMPANY, f/k/a PRINCIPAL MUTUAL LIFE INSURANCE COMPANY

Dated: May 22, 2008        SHERNOFF BIDART DARRAS ECHEVERRIA, LLP

By: /s/ *Frank N. Darras*
Frank N. Darras
Attorneys for Plaintiff
PETER E. GYORGY

---

2
**AMENDED JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**
USDC SDCA Case #CV08-00470 WQH (BLM)
354366.1

# CERTIFICATE OF SERVICE
*Peter E. Gyorgy v. Principal Life Insurance Company, et al.*
*USDC SDCA Case #CV08-00470 WQH (BLM)*

I am a citizen of the United States, I am over the age of eighteen years not a party to the within cause; I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**AMENDED JOINT MOTION TO CONTINUE
EARLY NEUTRAL EVALUATION CONFERENCE**

On the party(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

____ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

____ : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

____ : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Frank N. Darras, Esq.
SHERNOFF BIDART DARRAS ECHEVERRIA LLP
3257 E. Guasti Road, Suite 300
Ontario, CA 91761
Tel: (909) 390-3770
Fax: (909) 974-2121
*Attorneys for Plaintiff*
*PETER E. GYORGY*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed **May 22, 2008**, at San Francisco, California.

_____
Nancy

---

3
AMENDED JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE
USDC SDCA Case #CV08-00470 WQH (BLM)
354366.1