FRANK N. DARRAS #128904
SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3257 East Guasti Road, Suite 300
Ontario, CA 91761
Telephone: 909-390-3770
Facsimile: 909-974-2121
Email: fdarras@sbd-law.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER E. GYORGY,<br><br>Plaintiff,<br><br>vs.<br><br>PRINCIPAL LIFE INSURANCE COMPANY, f/k/a PRINCIPAL MUTUAL LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 3:08-cv-00470-WQH-BLM<br><br>PLAINTIFF'S NOTICE OF INTERESTED PARTIES |

TO THE COURT:

The undersigned, counsel of record for plaintiff, certifies that the following listed parties may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. PETER E. GYORGY – Plaintiff; and

2. PRINCIPAL LIFE INSURANCE COMPANY, f/k/a PRINCIPAL MUTUAL LIFE INSURANCE COMPANY – Defendant.

Dated: May 13, 2008        SHERNOFF BIDART DARRAS ECHEVERRIA, LLP

/s/ Frank N. Darras
FRANK N. DARRAS
Attorneys for Plaintiff

<u>Gyorgy v Principal</u>
Case No: 3:08-cv-00470-WQH-BLM

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

I am employed in the county of San Bernardino, State of California. I am over the age of 18 and not a party to the within action; my business address is: 3257 East Guasti Road, Suite 300, Ontario, California 91761.

On **May 13, 2008**, I served the foregoing document described as:

PLAINTIFF'S NOTICE OF INTERESTED PARTIES

on all interested parties in this action by placing [ ] the original [ x ]a true copy thereof enclosed in sealed envelopes addressed as follows:

Adrienne C. Publicover, Esq.
Michael T. Horan, Esq.
WILSON, ELSER MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Phone: (415) 433-0990
Fax: (415) 434-1370

**Attorneys for Defendant: Principle Life Insurance Company F/K/A Principal Mutual Life Ins. Co.**

[ x ]BY MAIL
   I caused such envelope to be deposited in the mail at Ontario, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date deposit for mailing in affidavit.

[ ]BY PERSONAL SERVICE
   I caused to be delivered by hand to the above-listed addressees or to the addressees on the list attached hereto. A proof of service executed by the delivery person will be mailed under separate cover.

[ ]BY OVERNIGHT MAIL/COURIER
   To expedite the delivery of the above-named document, said document was sent via overnight courier for next day delivery to the above-listed party.

[ ]BY FACSIMILE ("FAX")
   In addition to the manner of proof of service indicated above, a copy was sent by FAX to the above-listed party.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on **May 13, 2008**, at Ontario, California.

Catherine Carvalho