UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER E. GYORGY, | Case No. 08cv0470-WQH (BLM) |
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART AMENDED JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE** |
| v. | |
| PRINCIPAL LIFE INSURANCE COMPANY f/k/a PRINCIPAL MUTUAL LIFE INSURANCE COMPANY; and DOES 1 through 10, inclusive, | [Doc. No. 8] |
| Defendants. | |

On May 22, 2008, the parties filed a joint motion to continue the June 13, 2008 Early Neutral Evaluation Conference ("ENE") based on defense counsel's unavailability on the day of the conference and the fact that the parties are optimistic they will be able to settle the matter informally. Doc. No. 8. The parties request that the Court continue the ENE to July 24, 2008. Id.

Because Civil Local Rule 16.1(c) requires that an ENE take place within forty-five (45) days of the filing of the first answer, the parties' joint motion to continue the ENE until late July is **DENIED**. However, because defense counsel is not available on the scheduled date and in light of the parties' representation regarding

1  possible settlement, the Court hereby converts the scheduled ENE to
2  a <u>telephonic, attorneys-only</u> conference to be held on **June 9, 2008**
3  at **9:00 a.m.**  The Court will initiate the call.  Failure of required
4  counsel to participate may result in the imposition of sanctions.
5      **IT IS SO ORDERED.**
6  DATED:  May 23, 2008

   _____
                             BARBARA L. MAJOR
                             United States Magistrate Judge

   COPY TO:

   HONORABLE WILLIAM Q. HAYES
   U.S. DISTRICT JUDGE

   ALL COUNSEL