UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER E. GYORGY,<br><br>    Plaintiff,<br><br>v.<br><br>PRINCIPAL LIFE INSURANCE COMPANY f/k/a PRINCIPAL MUTUAL LIFE INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 08cv0470-WQH (BLM)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

  On June 9, 2008, the Court held a telephonic, attorneys-only Early Neutral Evaluation Conference. During the conference, counsel for both sides represented that the parties actively are engaging in settlement discussions and hope to come to an agreement within the next few weeks.

  In light of the parties' settlement negotiations, the Court finds it appropriate to set a Case Management Conference for **June 30, 2008** at **9:15 a.m.** **Counsel shall appear telephonically.** The Court will initiate the conference call. Failure of required counsel to participate may result in the imposition of sanctions.

1   If the case is settled in its entirety before the scheduled
2 date of the conference, counsel must still appear unless a written
3 joint notice confirming the complete settlement of the case is filed
4 no fewer than twenty-four (24) hours before the scheduled
5 conference.

6   **IT IS SO ORDERED.**

7 DATED: June 9, 2008

*[signature]*

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT JUDGE

ALL COUNSEL