1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10

11   PETER E. GYORGY,                  )  Case No. 08cv0470-WQH (BLM)
                                       )
12              Plaintiff,             )  **ORDER CONFIRMING SETTLEMENT**
     v.                                )  **AND SETTING DEADLINE TO FILE**
13                                     )  **JOINT MOTION FOR DISMISSAL**
     PRINCIPAL LIFE INSURANCE          )
14   COMPANY, f/k/a PRINCIPAL MUTUAL   )
     LIFE INSURANCE COMPANY,           )
15                                     )
                Defendants.            )
16                                     )
                                       )
17

18        On June 17, 2008, Plaintiff filed a notice of settlement informing

19   the Court that the parties have reached an agreement to resolve this

20   action in its entirety.  Doc. No. 13.

21        Based upon this representation, the parties are ordered to file

22   their joint motion for dismissal of this case, signed by counsel of

23   record and all parties, no later than **July 17, 2008**.  A proposed order

24   on the joint motion for dismissal must be e-mailed to the district

25   judge's chambers[1] on the same day.  If the signed joint motion for

26

27        [1]    The proposed order shall be e-mailed pursuant to section 2(h) of the United

28   States District Court for the Southern District of California's Electronic Case Filing

08cv0470-WQH (BLM)

1 dismissal is timely filed, the parties and attorneys are not required

2 to make any further appearances before Judge Major.

3        If the fully executed joint motion for dismissal is not filed by

4 **July 17, 2008**, then all counsel of record and unrepresented parties are

5 required to appear **in person** for a Settlement Disposition Conference.

6 The Settlement Disposition Conference will be held on **July 22, 2008** at

7 **9:00 a.m.** in Courtroom A.

8        If counsel of record or any unrepresented party fails to appear at

9 the Settlement Disposition Conference, or the parties fail to file the

10 signed joint motion for dismissal in a timely manner, the Court will

11 issue an Order to Show Cause why sanctions should not be imposed for

12 failing to comply with this Order.

13        All other pending dates before Magistrate Judge Major are hereby

14 vacated.   Any matters currently scheduled before the district judge

15 shall remain in effect pending notice from that court.

16        **IT IS SO ORDERED.**

17 DATED:   June 17, 2008

18

19                            BARBARA L. MAJOR
                             United States Magistrate Judge

20

21

22 COPY TO:

23 HONORABLE WILLIAM Q. HAYES
   U.S. DISTRICT JUDGE

24

   ALL COUNSEL

25

26

27 Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov

28 (follow link for "General Order 550, Procedural Rules for Electronic Case Filing").