```
 1  FRANK N. DARRAS #128904, fdarras@sbd-law.com
    LISSA A. MARTINEZ #206994, lmartinez@sbd-law.com
 2  SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
 3  3257 East Guasti Road, Suite 300
    Ontario, CA  91761
 4  Telephone:  (909) 390-3770
    Facsimile:  (909) 974-2121
 5
 6  Attorneys for Plaintiff
```

7  UNITED STATES DISTRICT COURT
8  SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9  PETER E. GYORGY,<br>10<br>        Plaintiff,<br>11<br>12  vs.<br>13  PRINCIPAL LIFE INSURANCE<br>    COMPANY, f/k/a PRINCIPAL MUTUAL<br>14  LIFE INSURANCE COMPANY,<br>15<br>        Defendant.<br>16 | Case No.: 3:08-cv-00470-WQH-BLM<br><br>JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE |

```
17
18      TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN AND THEIR
19  ATTORNEYS OF RECORD:
20      Plaintiff PETER E. GYORGY (hereinafter "PLAINTIFF") and Defendant
21  PRINCIPAL LIFE INSURANCE COMPANY, f/k/a PRINCIPAL MUTUAL LIFE
22  INSURANCE COMPANY (hereinafter "DEFENDANT"), by and through their respective
23  counsel of record, hereby jointly move that this action be dismissed with prejudice, in its
24  / / /
25
26  / / /
27
28  / / /
```

1  entirety, each side to bear their own attorney fees and costs.

2

3  Dated: July 16, 2008              SHERNOFF BIDART DARRAS
4                                    ECHEVERRIA, LLP

5                                    [signature]

6                                    FRANK N. DARRAS
                                     Attorneys for Plaintiff
7                                    PETER E. GYORGY

8

9  July 17, 2008                     WILSON, ELSER MOSKOWITZ, EDELMAN
                                     & DICKER LLP
10

11                                   /s/ Adrienne C. Publicover
12                                   ADRIENNE C. PUBLICOVER

13                                   Attorneys for Defendant
                                     PRINCIPAL LIFE INSURANCE COMPANY
14                                   f/k/a PRINCIPAL MUTUAL LIFE INSURANCE
15                                   COMPANY

16

17

18

19

20

21

22

23

24

25

26

27

28