UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER E. GYORGY, | ) Case No. 08cv0470-WQH (BLM) |
| Plaintiff, | ) **ORDER VACATING SETTLEMENT** |
| v. | ) **DISPOSITION CONFERENCE** |
| PRINCIPAL LIFE INSURANCE COMPANY, f/k/a PRINCIPAL MUTUAL LIFE INSURANCE COMPANY, | ) |
| Defendants. | ) |

A Joint Motion for Dismissal has been submitted in this case. The settlement disposition conference scheduled for July 22, 2008 at 9:00 a.m. is hereby vacated.

**IT IS SO ORDERED.**

DATED: July 17, 2008

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT JUDGE

ALL COUNSEL