**FILED**
JUL 1 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER E. GYORGY,<br><br>                    Plaintiff,<br>vs.<br><br>PRINCIPAL LIFE INSURANCE COMPANY, f/k/a PRINCIPAL MUTUAL LIFE INSURANCE COMPANY,<br><br>                    Defendant. | CASE NO. 08CV470 WQH (BLM)<br><br>ORDER DISMISSING ACTION IN ITS ENTIRETY AND WITH PREJUDICE |

HAYES, Judge:

On February 4, 2008, Plaintiff Peter E. Gyorgy filed a Complaint against Defendant Principal Life Insurance Company, f/k/a Principal Mutual Life Insurance Company, in the California State Superior Court in San Diego, California. (Doc. # 1 at Ex. A). On March 13, 2008, Defendant removed the action to this Court. (Doc. # 1). On July 17, 2008, the parties filed a joint motion to dismiss this action in its entirety and with prejudice. (Doc. # 15).

Good cause appearing, the joint motion to dismiss this action (Doc. # 15) is GRANTED. This action is hereby dismissed in its entirety and with prejudice. The Clerk of the Court is Ordered to close this case.

**IT IS SO ORDERED.**

DATED: 7/18/V

WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE

- 1 -

08CV470 WQH (BLM)